# Law Offices of Ezra Spilke

**MEMO ENDORSED**

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

**By ECF**  June 5, 2024
Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Cesari et al.*, No. 24 Cr. 154 (ER)

Your Honor:

  I represent Antonio Gonzalez in this matter and write to respectfully request a modification of the conditions of Mr. Gonzalez's release. Mr. Gonzalez was released after his arrest and is under the supervision of Pretrial Services with a condition of home detention.

  Mr. Gonzalez lives in a one-bedroom apartment with his girlfriend. The apartment building has a gym down the hall from Mr. Gonzalez's apartment. The modification would allow Mr. Gonzalez to use the gym three days per week on a schedule to be determined and approved by Pretrial. I have conferred with AUSA Adam Margulies and Pretrial Services Officer Jonathan Lettieri, neither of whom object to this request.

           Respectfully submitted,

           Ezra Spilke

cc: All counsel of record, by ECF
   Antonio Gonzalez, by email
   Jonathan Lettieri, U.S. Pretrial Services, by email

---

The application to modify the conditions of Mr. Gonzales' release, as described in this letter, is granted.  SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 6/19/24
New York, New York