# Law Offices of Ezra Spilke

**MEMO ENDORSED**, page 2.

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

By ECF
Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

June 27, 2024

Re: *United States v. Cesari et al.*, No. 24 Cr. 154 (ER)

Your Honor:

With the consent of Pretrial Services and the government, I write to respectfully request a modification of the conditions of Antonio Gonzalez's release to include a curfew set at the discretion of Pretrial Services and enforced by location monitoring. Mr. Gonzalez was released after his arrest and is under the supervision of Pretrial Services with a condition of home detention. Mr. Gonzalez now respectfully requests that the home detention condition be replaced by the above-described curfew condition.

Since his release, Mr. Gonzalez has maintained perfect compliance with supervision. At his request, he enrolled in and successfully completed a re-entry program associated with Pretrial Services. That program provides job readiness training and helps supervisees enroll in Medicaid and clear fines, warrants and summonses. Mr. Gonzalez will complete his OSHA 30 certification tomorrow, and he enrolled in a forklifting class which he starts on July 1. In short, Mr. Gonzalez has been a model supervisee.

Moreover, as I noted in my June 5 letter, Mr. Gonzalez lives in a one-bedroom apartment with his girlfriend, which means that Mr. Gonzalez is confined to less than 800 square feet for twenty-four hours a day. Accordingly, Mr. Gonzalez respectfully requests an order modifying the conditions of his release to include a curfew set at the discretion of Pretrial Services and enforced by location monitoring. I have conferred with Pretrial Services Officer Jonathan Lettieri, who has no objection to this request. AUSA Adam Margulies informs me that the government defers to Pretrial.

Respectfully submitted,

Ezra Spilke

Judge Ramos
June 27, 2024
Page 2 of 2

cc: All counsel of record, by ECF
Antonio Gonzalez, by email
Jonathan Lettieri, U.S. Pretrial Services, by email

---

Gonzalez' application to modify his conditions of release to include a curfew set at the discretion of Pretrial Services and enforced by location monitoring is granted.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated:  6/27/2024
New York, New York