Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

By ECF
Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

September 6, 2024

**MEMO ENDORSED**

Re:     *United States v. Cesari et al.*, No. 24 Cr. 154 (ER)

Your Honor:

      With the consent of Pretrial Services and the government, I write to respectfully request a modification of the conditions of Antonio Gonzalez's release to lift the curfew and location-monitoring conditions. Mr. Gonzalez was released after his arrest and is under the supervision of Pretrial Services with a curfew condition.

      Mr. Gonzalez has been in perfect compliance with his supervision. Since his release, Mr. Gonzalez successfully completed a re-entry program associated with Pretrial Services and secured employment with Federal Express as a warehouse worker. Accordingly, Mr. Gonzalez respectfully requests an order modifying the conditions of his release to lift the curfew and location-monitoring conditions. I have conferred with Pretrial Services Officer Jonathan Lettieri, who has no objection to this request. AUSA Joseph Rosenberg informs me that the government defers to Pretrial.

Respectfully submitted,

Ezra Spilke

cc:     All counsel of record, by ECF
        Antonio Gonzalez, by email
        Jonathan Lettieri, U.S. Pretrial Services, by email

---

Mr. Gonzalez' curfew and location monitoring conditions are hereby lifted. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 9/9/2024
New York, New York