# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

<u>Via ECF</u>

July 2, 2025

**MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Antonio Gonzalez*, 24 Cr. 154 (ER)

Dear Judge Ramos:

    With the government's consent, I write to respectfully request an adjournment of the sentencing scheduled for July 17, 2025. I am still working with Mr. Gonzalez to provide the Court with supporting letters in connection with sentencing. Ms. Trotman has informed the parties that August 7, 2025, at 11:00 AM is a date and time that is convenient to the Court.

    I have conferred with AUSA Joseph Rosenberg who notifies me that the government has no objection to this application. This is the second such request. The first was granted. I appreciate the Court's considerate attention to this matter.

Respectfully submitted,

Ezra Spilke

cc:   All counsel of record, by ECF

---

Sentencing is adjourned to August 4, 2025, at 11 a.m.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  7/7/2025
New York, New York