# Law Offices of Ezra Spilke

**MEMO ENDORSED**

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

<u>Via ECF</u>

September 24, 2025

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

| The application is  _X_  granted |
| ____ denied |
| _____ |
| Edgardo Ramos, U.S.D.J |
| Dated:  __9/24/2025__ |
| New York, New York |

Re:   *United States v. Antonio Gonzalez*, 24 Cr. 154 (ER)

Dear Judge Ramos:

    I write to clarify, for the benefit of the Probation Officer supervising Mr. Gonzalez, the Court's directions regarding the terms of supervised release for Mr. Gonzalez. On August 4, 2025, the Court sentenced Mr. Gonzalez to time served and six months of home detention. The Court ordered that the exceptions to home detention included medical treatment. *See* Dkt. No. 210. Because Mr. Gonzalez's partner Maridania Aquino Peralta was then pregnant with a due date of October 3, 2025, I expressed Mr. Gonzalez's concern that he be allowed to accompany Ms. Aquino Peralta to her medical appointments, including to the hospital when she went into labor. I asked the Court whether the medical-treatment exception extended to such medical visits, and the Court responded, in sum and substance, that it did.

    The Probation Officer supervising Mr. Gonzalez in the District of New Jersey has interpreted the medical-treatment exception as provided in the judgment to be personal to Mr. Gonzalez. Mr. Gonzalez's daughter was born today and, on my advice to Mr. Gonzalez, he was present in the hospital. Accordingly, <u>I write to request an order permitting Mr. Gonzalez to visit Ms. Aquino Peralta in the hospital as she recovers from the delivery and to attend medical visits for his new daughter</u>. I am ordering the transcript of the sentencing hearing but, because transcription can take several weeks and there are ongoing medical necessities, I am writing to the Court now. I have conferred with counsel for the government, who advises me that, because the government has not spoken with the Probation Officer, he takes no position.

Respectfully submitted,

Ezra Spilke

cc:   All counsel of record, by ECF